UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORNELL DWAYNE JACKSON,

    Petitioner,

v.                                   Case No. 3:19cv3638-RV/HTC

FLORIDA DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

    Respondents.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). Having considered the Report and Recommendation, and no objections have been filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Cornell Dwayne Jackson's petition (ECF Doc. 1) is **DISMISSED** under Habeas Rule 4 because it plainly appears from the petition that the petitioner is not entitled to relief.

3. The clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 20th day of November, 2019.

> s/ *Roger Vinson*
> **ROGER VINSON**
> **SENIOR UNITED STATES DISTRICT JUDGE**